UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>   Plaintiff,  <br>  v.  <br> FLORENTINO BLANCO-MEZA,  <br>   Defendant. | Case No. 93CR0371-JM  <br><br> ORDER AND JUDGMENT OF DISMISSAL OF INDICTMENT AND RECALL ARREST WARRANT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed without prejudice, and the Arrest Warrant be recalled.

IT IS SO ORDERED.

DATED: February 20, 2013

_____  
Hon. Jeffrey T. Miller  
United States District Judge